4. EAST 72ND STREET CORPORATION, Respondent, *v.*
CATHLEEN V. LOWMAN, Appellant.

(Argued May 29, 1936; decided July 8, 1936.)

452

*Horace R. Lamb* and *Thomas F. Fennell, II*, for appellant.
*Isaac Gluckman* and *Stanley S. Casden* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.